HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

APR 05 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIEN VAN PHAN<br><br>Defendant. | Case No. 1:18-cr-00253 DAD-BAM<br><br>**APPLICATION AND [PROPOSED]**<br>**ORDER APPOINTING COUNSEL** |

Defendant, Tien Van Phan, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

On March 14, 2019, a Superseding Indictment was filed in this district, charging defendant with violations of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B) ~ Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Marijuana, (Doc. 36). On April 4, 2019, defendant was arraigned in the Northern District of California, with the assistance of a Federal Public Defender after completing a Financial Affidavit, and was released on an unsecured bond of $100,000, held to answer in this district. Counsel is needed in order to set a court date in this district.

Therefore, it is respectfully recommended that CJA Panel Counsel be appointed.

DATED: April 4, 2019        _____
                            CHARLES J. LEE
                            Assistant Federal Defender
                            Branch Chief, Fresno Office

# ORDER

Having satisfied the Court above, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

Dated: April 5, 2019

HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE